UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

       Plaintiff,      **ORDER**

   -against-        **22-CV-6619 (JPC) (JW)**

JOHN DOE,

       Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  This case was referred for General Pretrial on September 16, 2022. Dkt. No. 10. As such, the Motion to Quash filed on September 13, 2022, Dkt. No. 9, is now before this Court. The following briefing schedule is set regarding the pending motion:

- Plaintiff's opposition is due by **September 30, 2022**.

- Defendant's reply, should they choose to file one, is due by **October 7, 2022**.

Plaintiff is directed to notify the Internet Service Provider upon which the subpoena at issue was served to not provide the information sought by the subpoena pending the resolution of this motion.

SO ORDERED.

DATED: New York, New York
     September 16, 2022

                */s/ Jennifer E. Willis*
                JENNIFER E. WILLIS
                United States Magistrate Judge