UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

          Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 98.7.9.195,

          Defendant.

---

Case No. 1:22-cv-06619-JPC-JW

## [PROPOSED] ORDER ON MOTION TO QUASH

**THIS CAUSE** came before the Court upon Defendant's Motion to Quash, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Defendant's Motion to Quash is DENIED, as per Dkt. No. 14.

2. Defendant may proceed in this litigation pseudonymously as "John Doe" unless and until the Court orders otherwise.

3. The Clerk of the Court is respectfully instructed to STRIKE the second page of Defendant's Motion to Quash. [ECF No. 9] at 2.

**DONE AND ORDERED** this 14th day of November, 2022.

By: _/s/ Jennifer E. Willis_____
     HON. JENNIFER E WILLIS
     UNITED STATES MAGISTRATE JUDGE